934 A.2d 1162

**Marjorie R. McMULLEN, Petitioner,**

v.

**Ronald E. KUTZ, Respondent.**

Supreme Court of Pennsylvania.

Oct. 25, 2007.

58

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of October 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner is:

Should this Court grant this petition for allowance of appeal when the decision by the Superior Court in this case is in conflict with the decisions of the Superior Court in both *Creeks v. Creeks,* 422 Pa.Super. 432, 619 A.2d 754 (1993) and *Profit Wize Marketing v. Wiest,* 2002 Pa.Super. 380, 812 A.2d 1270 (2002).